**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Tasha M. Bradt*
*Assistant United States Attorney*
*Deputy Chief, Civil Division*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*Tasha.Bradt@usdoj.gov*

*main: (973) 645-2700*
*direct: (609) 858-0305*

August 14, 2026

Via Electronic Filing
Robert Kirsch, U.S.D.J.
United States District Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Xie v. Mullin, et al.*, 26-cv-04790 (RK)**
**Petitioner's Bond Hearing**

Dear Judge Kirsch:

This Office represents Respondents in this habeas matter filed by a noncitizen challenging the legality of his detention. We respectfully submit this letter in response to the Court's August 4, 2026 Text Order requiring Respondents to "provide Petitioner with an individualized bond hearing before an immigration judge who shall assess whether he presents a flight risk or a danger to the community" within seven days. ECF No. 9. The Court also instructed that Petitioner "be permitted to reschedule the hearing outside the seven-day period, if necessary, without seeking this Court's intervention." *Id.* According to U.S. Immigration and Customs Enforcement ("ICE"), Petitioner was scheduled to appear for his bond hearing on August 11, 2026, but withdrew his request. *See* Ex. A ("Order of the Immigration Judge"). He may request a new bond hearing when he is prepared to proceed. And Respondents respectfully request that the Court lift its Order enjoining "Respondents . . . from transferring Petitioner from New Jersey," ECF No. 3, and close this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 8/17/26

By: /s/ *Tasha M. Bradt*
TASHA M. BRADT
Assistant United States Attorney
*Attorneys for Respondents*